The Honorable Robert S. Lasnik

12-CV-01117-BOND



FILED
LODGED         RECE

APR 24 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN W. JOHNSON, individually,

Plaintiff,

v.

ROBINSON HOLDINGS (USA) LTD., a Nevada corporation, ROBINSON HOLDINGS (CANADA) LTD., a company created under the laws of British Columbia, Canada, and QUADRA FNX MINING LTD., incorporated pursuant to the British Columbia Company Act and transitioned under the Business Corporations Act of British Columbia, and DOES I through V, inclusive,

Defendants.

No. 2:12-cv-01117-RSL

ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY CUTOFF

[PROPOSED]

The Court has before it the parties' Stipulated Motion to Extend Discovery Cutoff. Having considered the Motion, the Court hereby orders that:

1. The Motion is GRANTED;

2. The discovery cutoff is extended for approximately three weeks, to May 31, 2013; and

3. All other deadlines in the Court's Minute Order Setting Trial Date & Related Dates (Dkt. No. 15) remain in effect.

ORDER EXTENDING DISCOVERY CUTOFF
(No. 2:12-cv-01117-RSL) - 1
DWT 21713878v1 0092405-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DONE this 24th day of April 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

By  /s Jeffrey B. Youmans
    Jeffrey B. Youmans, WSBA #26604
    Devin Smith, WSBA #42219
    1201 3rd Avenue, Ste. 2200
    Seattle, WA 98101
    P: 206-757-8302
    F: 206-757-7302
    Email: Jeffreyyoumans@dwt.com
           DevinSmith@dwt.com

Approved as to Form;
Notice of Presentation Waived:

THE MCCARREY LAW GROUP, PC
Attorneys for Plaintiff

By  /s L. Cordell McCarrey
    L. Cordell McCarrey, WSBA #43436
    P.O. Box 183
    Lynden, WA 98264
    P: 626-768-0799
    Email: lcm@mccarreylaw.com

BURI FUNSTON MUMFORD, PLLC
Attorneys for Plaintiff

By  /s Michael T. Mumford
    Michael T. Mumford, WSBA #28652
    1601 F. Street
    Bellingham, WA 98225
    P: 360-752-1500
    F: 360-752-1502
    Email: tom@burifunston.com

ORDER EXTENDING DISCOVERY CUTOFF
(No. 2:12-cv-01117-RSL) - 2
DWT 21713878v1 0092405-000003

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax